**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| BUFFALO PATENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1062-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS
DEFENDANT HTC CORPORATION**

Plaintiff Buffalo Patents, LLC ("Buffalo Patents") and Defendant HTC Corporation ("HTC") hereby submit this Joint Motion to Dismiss. For the limited purpose of this case, in consideration of the mutual agreements between the parties, and in light of the representations made herein, HTC represents as follows:

1. On October 13, 2021, Buffalo Patents filed this lawsuit against HTC for infringement of U.S. Patent Nos. 7,187,670 ("the '670 Patent"), 7,408,915 ("the '915 Patent"), 8,611,328 ("the '328 Patent"), and 9,001,816 ("the '816 Patent") (collectively the "patents-in-suit").

2. HTC had a license to practice the patents-in-suit up through June 30, 2020.

3. HTC and its affiliates have not sold any products in the United States that are accused in the Original Complaint since June 30, 2020.

4. HTC and its affiliates have sold only a de minimis number of products in the United States similar to those accused in the Original Complaint since June 30, 2020.

1

5.  HTC will not file a declaratory judgment action, nor initiate any other action or proceeding against Buffalo Patents alleging non-infringement, invalidity, and/or unenforceability of the patents-in-suit as long as Buffalo Patents does not seek to reinstate or threaten any claim against it relating to the patents-in-suit.

In light of the above stipulations, the parties jointly move that HTC be dismissed without prejudice from this action, with Buffalo Patents and HTC bearing their own costs and fees.

Dated: December 9, 2021                     Respectfully submitted,

/s/ ChiaTe Lu
ChiaTe Lu
VP & General Counsel
HTC Corporation
No. 88, Section 3, Zhongxing Road,
Xindian District, New Taipei City 231, Taiwan

*Attorney for Defendant HTC Corporation*

/s/ Zachariah S. Harrington
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for Plaintiff Buffalo Patents, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 9th day of December 2021, the above document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington