**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

BUFFALO PATENTS, LLC,

    Plaintiff,

    v.

HTC CORPORATION,

    Defendant.

CIVIL ACTION NO. 6:21-cv-1062-ADA

**<u>JURY TRIAL DEMANDED</u>**

**<u>ORDER GRANTING JOINT MOTION TO DISMISS
DEFENDANT HTC CORPORATION</u>**

Before the Court is Plaintiff Buffalo Patents, LLC, and Defendant HTC Corporation's Joint Motion to Dismiss. The Court hereby GRANTS the Motion and ORDERS that HTC be dismissed without prejudice from this action, with Buffalo Patents and HTC bearing their own costs and fees.